IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-51-D
No. 7:20-CV-80-D

| | |
|---|---|
| KEYWONOUS MARQUIS ROGERS, | ) |
| | ) |
| Petitioner, | ) |
| v. | )     **ORDER** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

Keywonous Marquis Rogers moved pro se for a sentence reduction under 28 U.S.C. § 2255 [D.E. 107]. On March 9, 2021, Rogers filed an amended section 2255 motion [D.E. 117]. On July 9, 2021, the government moved to dismiss [D.E. 119] and filed a memorandum in support [D.E. 120]. On August 23, 2021, defendant withdrew his section 2255 motions [D.E. 124]. In light of defendant's withdrawal of his motions, the government's motion to dismiss [D.E. 119] is dismissed as moot.

In sum, the government's motion to dismiss [D.E. 119] is DISMISSED AS MOOT.

SO ORDERED. This 25 day of October, 2021.

JAMES C. DEVER III
United States District Judge